## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

**Civil Action, File Number** _____

| | | |
|---|---|---|
| **LINDA ABELL** | ) | |
| P.O. Box 1807 | | |
| Leonardtown, MD 20650 | ) | |
| **Plaintiff** | ) | **Complaint** |
| | | Negligence |
| v. | ) | |
| **BUILDING ONE SERVICE SOLUTIONS, INC.** | ) | |
| **SERVE:** | | |
| CSC Lawyers Incorporating Service Company | ) | |
| 11 E. Chase St. | | |
| Baltimore, MD 21202 | ) | |
| **Defendant** | ) | |

1. Plaintiff is a citizen of the State of Maryland and Defendant is a corporation which does business in, the State of New Jersey. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

2. On July 11, 2001, the Plaintiff was injured when she slipped and fell, in the Kmart Store #3586, on excessive wax negligently left on the floor by Defendant s agents.

3. The Defendant s agents breached their duty of care to the Plaintiff by failing to use reasonable care to see that those portions of the property that the Plaintiff was expected to use were safe.

4. As a result of the Defendant s agents negligence, the Plaintiff fell sustaining injuries to her neck, back, right knee, left shoulder and wrist, including permanent injury to

her right knee which required surgery, suffered great pain of body and mind, and incurred expenses for medical attention and hospitalization amounting to over $26,000.00.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $300,000.00 and costs.

## Jury Demand

Plaintiff hereby demands trial by jury, pursuant to FRCP Rule 38.

Respectfully submitted,

DONAHUE, SEIDMAN & SCHREYER, LLC

_____
Michael J. Schreyer, Esquire
8 Post Office Road
Waldorf, Maryland  20602-2709
Phone: (301) 870-9997
Fax: (301) 870-4050
Bar #: 06093